# United States Court of Appeals
## For the First Circuit

Nos. 18-1669, 19-1042, 19-1043, 19-1107

UNITED STATES OF AMERICA,

Appellee,

v.

MARTIN GOTTESFELD,

Defendant, Appellant.

ERRATA SHEET

The opinion of this Court issued on November 5, 2021 is amended as follows:

On page 32, line 10, replace "convicted and sentenced" with "indicted"